# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KRITINE LOVANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-1049-DAP |
| CHARTER COMMUNICATIONS, INC. d/b/a Spectrum, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

KRITINE LOVANO (Plaintiff), by and through her attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses the above captioned matter without prejudice, each party to bear their own fees and costs.

Respectfully submitted,

Dated: August 21, 2019

/s/ Adam T. Hill
Adam T. Hill
**LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Road, Suite 310
Corona, CA 92880
Telephone: (866) 329-9217
adamh@jlohman.com
Attorneys for Plaintiff

## CERTIFICATE OF FILING

I hereby certify that on August 21, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System.

/s/ Adam T. Hill
Adam T. Hill